UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

EUGENE FRAZIER and WILLIAM GONZALEZ,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                              Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

08 CV 03335 (JGK)(JCF)

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
              April 18, 2008

                                         MICHAEL A. CARDOZO
                                         Corporation Counsel of the
                                           City of New York
                                         *Attorney for Defendant City of New York*
                                         100 Church Street
                                         New York, New York 10007
                                         (212) 442-8248

                              By:          /s/
                                         MARK D. ZUCKERMAN

TO:    Jeffrey A. Rothman, Esq.
         *Attorney for Plaintiff*
         315 Broadway, Ste. 200
         New York, New York 10007
         (718) 227-2980