UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CLADETTE FRAZIER,

                                                                                  **NOTICE OF APPEARANCE**

                                   Plaintiff,

                                                                                  08 CV 03335 (RWS)

                      -against-

THE CITY OF NEW YORK, et. al.,

                                   Defendants.

------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
                April 18, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel of the
                                                City of New York
                                              *Attorney for Defendant City of New York*
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 442-8248

                                   By:          /s/
                                                 MARK D. ZUCKERMAN

TO:    Michael Colihan, Esq.
         *Attorney for Plaintiff*
         44 Court Street, Suite 911
         New York, New York 11201
         (718) 488-7788