UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
      Frazier               :

                     : 08 Civ. 3335 (RWS)

      -v.-            :

                     :

      NYC               :
-------------------------------------------------------------X

Please be advised that the conference scheduled

for __May 21, 08__ has been rescheduled to

__Sept 17, 08__ at __4:30pm__ in Courtroom 18C

Please notify opposing counsel of the change.

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 5/21/08         │
└─────────────────────────────┘
```

SO ORDERED.

Dated: New York, New York
      5/21/08

                            ROBERT W. SWEET
                            United States District Judge